Submitted on record and briefs March 22, reversed April 10, 1978

STATE OF OREGON, *Respondent,*
*v.*
DWIGHT BRUCE TIBBETTS, *Appellant.*
(No. 77-570-M, CA 9698)

576 P2d 1271

Raymond W. Hess and Kengla and Cromwell, Grants Pass, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and James C. Rhodes, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Reversed. *State v. Sanderson,* 33 Or App 173, 575 P2d 1025 (1978).